UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD A. COLE,<br><br>    Plaintiff,<br><br>v.<br><br>KEYBANK, N.A., et al.,<br><br>    Defendants. | Civil Action No. 25-cv-10474-LTS |

ORDER

July 23, 2025

SOROKIN, D.J.

    <u>Pro se</u> plaintiff Richard A. Cole brings this action against five financial institutions, claiming that they violated the rights of himself and his son under the Electronic Funds Transfer Act, 15 U.S.C §1693 <u>et seq.</u>, the Equal Credit Opportunity Act, 15 U.S.C.§ 1691 <u>et seq.</u>, and state law. Cole has also filed a motion for leave to proceed <u>in forma pauperis</u>. Upon review of these documents, the Court hereby orders:

    1.    The motion for leave to proceed <u>in forma pauperis</u> is GRANTED.

    2.    The Clerk shall issue a summons for each defendant.

    3.    Cole must ensure that a summons, this order, and the complaint are served on each defendant within 90 days of the date the summonses issue. Service must be effected in

accordance with Rule 4 of the Federal Rules of Civil Procedure.  Failure to timely effect service may result in dismissal of this action without prior notice from the Court.[1]

4.      Because Cole is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States.  See 28 U.S.C. § 1915(d).  If so asked by Cole, the USMS shall serve a summons, the complaint, and this order on each defendant as directed by Cole.  Cole is responsible for providing the USMS a copy of this order for the agency's records, copies for service on each defendant, and a completed USM-285 form for each party to be served.  The Clerk shall provide Cole instructions for service by the USMS and USM-285 forms.

SO ORDERED.

   /s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE

---

[1] In lieu of serving the summons, Cole may ask the defendants to waive service of summons. See Fed. R. Civ. P. 4(d).  Forms used to ask a defendant to waive service of the summons are available at https://www.uscourts.gov/forms-rules/forms/notice-a-lawsuit-and-request-waive-service-a-summons