UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard A. Cole
Plaintiff

                    V.                                              CIVIL ACTION 25-cv-10474-LTS

KeyBank, N.A..
Defendant

### ORDER OF DISMISSAL

Sorokin, D. J.

    In accordance with the Court's Order dated November 14, 2025  the case is dismissed for failure to effect service of process.  .

                      By the Court,

November 14, 2025                               /s/ Samantha Dore
Date                                                      Deputy Clerk