UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| Richard A. Cole,<br>Plaintiff<br><br>v.<br><br>KeyBank, N.A.; Laurel Road;<br>KeyCorp; Middlesex Federal<br>Savings, F.A.; Novo,<br>Defendants | )<br>)<br>) Civil Action No.1:25-cv-110474-LTS<br>)<br>)<br>)<br>)<br>)<br>) |

MEMORANDUM OF LAW IN SUPPORT OF RELIEF

FROM JUDGMENT OF DISMISSAL UNDER FRCP 60 (b)

Plaintiff Richard A. Cole hereby files this Memo of Law to support his Motion for relief from the judgment of dismissal.

Rule 60(b) was designed to avoid injustice where the problems were often procedural or clerical and not germane to the legal issues at hand. Specifically it contemplated excusable neglect. Cole was fastidious in complying with the Order to serve Defendants in a timely manner and did so in good faith.

The US Marshals Service received the required material just weeks before the US government shutdown. Cole's case was not a high priority. This Court took five (5) months before dealing with Cole's request to proceed *in forma pauperis.* Cole assumed the US Marshals Service also felt it was not a high priority.

At the same time, Cole thought the Court would appreciate

1

the problems with the US government shutdown and not feel compelled to dismiss Cole in light of the widespread disruption in service.  This case fits the purpose of FRCP 60(b)(1) which specifies relief for mistake, inadvertence, surprise, or excusable neglect; or FRCP 60(b)(6): any other reason that justifies relief.

Cole should not be denied his day in court due to circumstances beyond his control.  Cole apologizes for the failure to file a motion for an extension of time to serve the Summons, Complaint, and Order to Proceed *in forma pauperis* but Cole is not an attorney, and not facile in the intricacies of court prodercure.

**WHEREFORE**, Plaintiff Richard A Cole, moves the Court to vacate the order of dismissal and allow him sixty (60) more days to complete service.  If this is not adequate, Cole will timely move the Court for an extension.  Service is now and has been in the hands of the US Marshals Service.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Richard A. Cole*

Richard A. Cole
32 Lake St.
Amesbury, MA 01913
tel. (978) 504-0095
email: racolemd@yahoo.com

Dated: Nov 16, 2025