FILED
IN CLERKS OFFICE
2025 NOV 18  AM 12: 39
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT

## for the

## District of Massachusetts

| | |
|---|---|
| Richard A. Cole, ) | |
| Plaintiff ) | |
| ) | Civil Action No.1:25-cv-110474-LTS |
| v. ) | |
| ) | |
| KeyBank, N.A.; Laurel Road; ) | |
| KeyCorp; Middlesex Federal ) | |
| Savings, F.A.; Novo, ) | |
| Defendants ) | |

**AFFIDAVIT/DECLARATION OF RICHARD A. COLE IN SUPPORT OF MOTION**

**FOR RELIEF FROM JUDGMENT OF DISMISSAL PURSUANT TO FRCP 60(b)**

**and**

**MOTION FOR EXTENSION OF TIME UP TO SIXTY DAYS TO SERVE DEFENDANTS**

I, Richard A. Cole, age 77, am the Plaintiff in this action.  I testify to the following facts as true under the penalty of perjury.

1.  I received the Order in this case granting me the right to proceed *in forma pauperis* via US mail some days after its issuance on July 23, 2025.

2.  I have been beset with a number of medical and visual problems over the last several months which have impaired my ability to function as efficiently as before.  That is, I am slower in accomplishing tasks than when I was younger.

3.  I carefully reviewed the order and accompanying documents and

1

assembled the appropriate materials and had them sent to the US Marshals Service as was suggested by the Court since I was proceeding *in forma pauperis*.

4. Since I was, and still am recovering from a fractured hip and homebound, my son, Jonathan S. Cole, took the material and mailed it out via US Priority Mail on Sep 15, 2025. It was received by the US Marshals Service on Sep 16, 2025. Documentation of this from the US Post Office is attached.

5. In early October 2025, I was concerned that service had not been accomplished but noted from several internet sources that because the US government had shut down, many offices including the US Marshals Service were cutting back services.

6. Therefore, I expected it would take longer for service to be accomplished. In retrospect, I should have filed a motion for an extension of time, but my understanding was that the federal courts were overwhelmed with less staff and I did not want to burden them.

7. At the same time, I did not expect that the Court would be intent upon dismissing me so quickly when I had acted in good faith and the failure of service rests with the US Marshals Service, not me.

8. Upon receiving email notice of the Dismissal of my action, I immediately called the Boston Office of the US Marshals Service, Civil Division at 3:45 pm, Friday, Nov 14, 2025, and no one was

there to take the call, so I left a message.

9.  This Affidavit/Declaration is being composed on Sunday afternoon, Nov 16, 2025, and will be sent out by my son, Jonathan S. Cole, on Monday, Nov 17, 2025, at 8:30 am, as soon as the Amesbury US Post Office opens.

10.  I expect the US Marshals Service has all of the documents and will serve them as soon as possible.  I would think sixty (60) days of additional time would be more than enough to accomplish service.

11.  I would deeply appreciate the Court vacating the dismissal of my action and allow me the extra time to serve all defendants. Thank you.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Richard A. Cole                    Dated: Nov 16, 2025
32 Lake St.
Amesbury, MA 01913
tel. (978) 504-0095
email: racolemd@yahoo.com

# USPS Tracking®

**FAQs >**

**Remove ✕**

Tracking Number:

# 95055121541652588793430

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:34 am on September 16, 2025 in BOSTON, MA 02210.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BOSTON, MA 02210
September 16, 2025, 11:34 am

**Out for Delivery**
BOSTON, MA 02210
September 16, 2025, 6:54 am

**Arrived at Post Office**
BOSTON, MA 02205
September 16, 2025, 6:43 am

**Arrived at USPS Regional Facility**
BOSTON MA DISTRIBUTION CENTER
September 15, 2025, 10:09 pm

**Departed USPS Regional Facility**
MIDDLESEX-ESSEX MA DISTRIBUTION CENTER
September 15, 2025, 9:31 pm

**Arrived at USPS Regional Facility**

Feedback

**MIDDLESEX-ESSEX MA DISTRIBUTION CENTER**
September 15, 2025, 4:32 pm

**Departed Post Office**
AMESBURY, MA 01913
September 15, 2025, 2:20 pm

**USPS in possession of item**
AMESBURY, MA 01913
September 15, 2025, 10:25 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                              ⌄

**Product Information**                                              ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**