UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| Richard A. Cole, <br> Plaintiff <br><br> v. <br><br> KeyBank, N.A.; Laurel Road; <br> KeyCorp; Middlesex Federal <br> Savings, F.A.; Novo, <br> Defendants | ) <br> ) <br> ) Civil Action No.1:25-cv-110474-LTS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

MOTION FOR EXTENSION OF TIME UP TO SIXTY

DAYS TO SERVE DEFENDANTS FOR GOOD CAUSE

Plaintiff Richard A. Cole hereby Moves the Court to allow Cole an additional sixty (60) days, that is up to and including Jan 16, 2026, to serve Defendants for good cause.

1. As noted in the Affidavit/Declaration of Richard A. Cole, the required documents that need service are in the custody and control of the US Marshals Service which will make service as soon as possible.  The likely date has not been determined.

2. Cole thinks that sixty days from today (Nov 16, 2025) should be adequate.  That is, up to and including Jan 16, 2026.

3. Cole apologizes again for not filing a request for an extension earlier but Cole did not want to burden the Court during the time of government shutdown.

**WHEREFORE**, Plaintiff Richard A Cole, moves the Court to vacate

1

the order of dismissal and allow him sixty (60) more days to complete service; that is, up to and including Jan 16, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*[signature]*

Richard A. Cole                                      Dated: Nov 16, 2025
32 Lake St.
Amesbury, MA 01913
tel. (978) 504-0095
email: racolemd@yahoo.com

2