UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| Richard A. Cole, <br> Plaintiff <br> <br> v. <br> <br> KeyBank, N.A.; Laurel Road; <br> KeyCorp; Middlesex Federal <br> Savings, F.A.; Novo, <br> Defendants | ) <br> ) <br> ) Civil Action No.1:25-cv-10474-LTS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

SECOND

MOTION FOR EXTENSION OF TIME UP TO SIXTY

DAYS TO SERVE DEFENDANTS FOR GOOD CAUSE

Plaintiff Richard A. Cole hereby Moves the Court for the SECOND TIME to allow Cole an additional sixty (60) days, that is up to and including Mar 17, 2026, to serve Defendants for good cause.

1. As noted in the Affidavit/Declaration of Richard A. Cole, the required documents that need service are in the custody and control of the US Marshals Service which was designated by the Court to make service.

2. The US Marshals Service has not responded to a letter nor to multiple calls from Cole regarding when service will be made.

3. Cole apologizes for making this second request for additional time but the matter is not under his control.  Cole would appreciate any suggestions to help move this matter along.

**WHEREFORE**, Plaintiff Richard A Cole, moves the Court to allow him

1

sixty (60) more days to complete service; that is, up to and including Mar 17, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Richard A. Cole*

Richard A. Cole
32 Lake St.
Amesbury, MA 01913
tel. (978) 504-0095
email: racolemd@yahoo.com

Dated: Jan 7, 2025