UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD A. COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 25-10474-LTS |
| ) | |
| KEYBANK, N.A., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

January 20, 2026

SOROKIN, J.

On July 23, 2025, the Court granted pro se plaintiff Richard Cole's motion for leave to proceed in forma pauperis and advised Cole that he could elect to have the United States Marshals Service (USMS) effect service. Doc. No. 4. After initially dismissing Cole's case for failure to timely serve the defendants, Doc. No. 8, the Court vacated the dismissal after Cole showed that he had elected to have the USMS effect service, that he had mailed his service package to the USMS, and that the lapse in federal government appropriations may have affected the USMS's ability to timely effect service, Doc. No. 16. Cole now moves for an extension of time to serve to March 17, 2026. Doc. No. 18. The USMS does not have Cole's original service package.

Upon review of the foregoing, the Court hereby orders:

1. Cole's motion for extension of time to serve the defendants to March 17, 2026 (Doc. No. 18) is ALLOWED for good cause shown.

2. The Clerk shall re-issue a summons for each defendant.

3.      Cole must ensure that a summons, the Court's July 23, 2025 order (Doc. No. 4), this order, and the complaint are served on each defendant by March 17, 2026. Service must be effected in accordance with Rule 4 of the Federal Rules of Civil Procedure. Failure to timely effect service may result in dismissal of this action without prior notice from the Court.[1]

4.      Because Cole is proceeding in forma pauperis, he may elect to have the USMS complete service with all costs of service to be advanced by the United States. See 28 U.S.C. § 1915(d). If so asked by Cole, the USMS shall serve a summons, the complaint, the Court's July 23, 2025 order (Doc. No. 4), and this order on each defendant as directed by Cole. Cole is responsible for providing the USMS a copy of the Court's July 23, 2025 order (Doc. No. 4) for the agency's records, copies for service on each defendant, and a completed USM-285 form for each party to be served. The Clerk shall provide Cole instructions for service by the USMS and USM-285 forms, to which Cole shall adhere if he elects to have the USMS complete service.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge

---

[1] In lieu of serving the summons, Cole may ask the defendants to waive service of summons. See Fed. R. Civ. P. 4(d). Forms used to ask a defendant to waive service of the summons are available at: https://www.uscourts.gov/forms-rules/forms/notice-a-lawsuit-and-request-waive-service-a-summons