UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| Richard A. Cole, | ) |
| Plaintiff | ) |
| | ) Civil Action No.1:25-cv-10474-LTS |
| v. | ) |
| | ) |
| KeyBank, N.A.; Laurel Road; | ) |
| KeyCorp; Middlesex Federal | ) |
| Savings, F.A.; Novo, | ) |
| Defendants | ) |

**THIRD**

**MOTION FOR EXTENSION OF TIME OF SIXTY DAYS UP TO AND INCLUDING MAY 18, 2026, TO SERVE DEFENDANTS FOR GOOD CAUSE**

Plaintiff Richard A. Cole hereby Moves the Court for the THIRD TIME to allow Cole an additional sixty (60) days, that is up to and including May 18, 2026, to serve Defendants for good cause.

1. As noted in the Affidavit/Declaration of Richard A. Cole, the required documents that need service are in the custody and control of the US Marshals Service which was designated by the Court to make service.

2. The US Marshals Service has the documents as of Feb 24, 2026, and may well have made service, but Cole has not been notified and does not want to be dismissed. See attached.

3. Cole apologizes for making this third request for additional time but the matter is not under his control.

1

**WHEREFORE**, Plaintiff Richard A Cole, moves the Court to allow him sixty (60) more days to complete service; that is, up to and including May 18, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ Richard A. Cole*

Richard A. Cole  
32 Lake St.  
Amesbury, MA 01913  
tel. (978) 504-0095  
email: racolemd@yahoo.com

Dated: Mar 9, 2026

2